| AO-10 (WP)<br>Rev. 1/2005 | FINANCIAL DISCLOSURE REPORT<br><br>FOR CALENDAR YEAR 2004 | *Report Required by the Ethics*<br>*in Government Act of 1978,*<br>*(5 U.S.C. App. §§101-111)* |

| 1. Person Reporting (Last name, first, middle initial)<br><br>BRIMMER, CLARENCE A. | 2. Court or Organization<br><br>U.S. DISTRICT COURT OF WYOMING | 3. Date of Report<br><br>4/19/2005 |
|---|---|---|
| 4. Title (*Article III judges indicate active or senior status;*<br>*magistrate judges indicate full- or part-time*)<br><br>UNITED STATES DISTRICT JUDGE | 5. Report Type (check appropriate type)<br><br>___ Nomination, Date _____<br><br>___ Initial __X__ Annual ___ Final | 6. Reporting Period<br><br>1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address<br><br>Room 2603<br>2120 Capitol Avenue<br>Cheyenne, WY 82001 | 8. On the basis of the information contained in this Report and<br>any modifications pertaining thereto, it is, in my opinion,<br>in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

POSITION        NAME OF ORGANIZATION/ENTITY

- [X] **NONE** (No reportable positions.)

1

2

3

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

DATE        PARTIES AND TERMS

- [X] **NONE** (No reportable agreements.)

1

2

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

DATE        SOURCE AND TYPE        GROSS INCOME

### A. Filer's Non-Investment Income

- [X] **NONE** (No reportable non-investment income.)

1        $

2        $

3        $

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

- [X] **NONE** (No reportable non-investment income.)

1

2

RECEIVED MAY 5 9 46 AM '05 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting BRIMMER, CLARENCE A. | Date of Report 4/19/2005 |
| --- | --- | --- |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| ☐ | NONE (No such reportable reimbursements.) | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| X | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
| --- | --- | --- | --- |
| ☐ | NONE (No reportable liabilities.) | | |
| 1 | Community First Bank (Now Bank of the West) Cheyenne, WY | Auto loan (4-29-03) | K |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

| *Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 |
| --- | --- | --- | --- | --- |
| | N=$250,001-$500,000 | O=$500,001-$1,000,000 | | P1=$1,000,001-$5,000,000 |
| | P2=$5,000,001-$25,000,000 | P3=25,000,001-50,000,000 | | P4=50,000,001 or more |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| BRIMMER, CLARENCE A. | 4/19/2005 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 BP PLC | C | Dividend | M | T | None | | | | |
| 2 Exxon-Mobile Corp | B | Dividend | L | T | None | | | | |
| 3 Phelps-Dodge Corp | A | Dividend | K | V | None | | | | |
| 4 Chevron-Texaco Corp | A | Dividend | L | T | None | | | | |
| 5 Chiquita Brands | A | Dividend | J | T | None | | | | |
| 6 Windsor Fund ▉ | C | Dividend | N | T | None | | | | "*" |
| 7 Vanguard Muni. Bond Fund ▉ | C | Dividend | M | T | None | | | | "*" |
| 8 KeyCorp ▉ | B | Dividend | K | T | Buy | | | | "*" |
| 9 Lost Soldier Field (Mineral Interest | E | Royalty | M | W | None | | | | |
| 10 South Baggs Field, Carbon Cty | A | Royalty | J | W | None | | | | |
| 11 Medicine Bow Field, Carbon Cty, | A | Royalty | J | W | None | | | | |
| 12 Europacific Growth Fund, Am. | C | Dividend | K | T | Buy | | | | "*" |
| 13 Qwest Communications Int'l., Inc. | A | | J | T | None | | | | |
| 14 Vanguard 500 Index Fund | A | Dividend | J | T | None | | | | |
| 15 Battle Mtn Field, Moffat County, | A | Royalty | J | W | None | | | | |
| 16 Robbers Dog Field, Carbon | A | Royalty | J | W | None | | | | |
| 17 Lost Mahoney Dome Field, Carbon | A | Royalty | J | W | None | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | I=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| BRIMMER, CLARENCE A. | 4/19/2005 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 18 Intel, Inc. | A | Dividend | K | T | None | | | | |
| 19 Cisco Systems | A | Dividend | J | T | None | | | | |
| 20 Echo Star Communications Co. | A | Dividend | J | T | None | | | | |
| 21 IBM Corp | A | Dividend | J | T | None | | | | |
| 22 Microsoft Corp | A | Dividend | J | T | None | | | | |
| 23 Great Hall Invtd Fds (Money market funds for Div. | A | Dividend | J | T | None | | | | |
| 24 Mineral Working Interest, West Virginia | A | Royalty | J | S | None | | | | |
| 25 Level 3 Communications | A | Dividend | J | T | Sold | 1/07 | J | O | unknown |
| 26 Big Hole Land Bank - Moffat County, CO | A | Royalty | J | S | None | | | | |
| 27 Crooks Gap Field, Mineral Int. Fremont Cty, WY | A | Royalty | J | S | None | | | | |
| 28 AT&T Wireless Corp | A | Dividend | J | T | Sold | 10/27 | J | O | unknown |
| 29 General Electric Co. | A | Dividend | J | T | None | | | | "*" |
| 30 Nonproducing min. int. Carbon, Fremont, Sweetwater Ctys, WY | | | J | W | | | | | |
| 31 Nonproducing min. int. Routt and Moffat County, Colorado | | | J | W | | | | | |
| 32 First TR Pharm Growth | C | | J | T | Sold | 1/21 | J | A | unknown |
| 33 Atrix Labs | A | | J | T | Sold | 11/30 | J | A | unknown |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| BRIMMER, CLARENCE A. | 4/19/2005 |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 34 Vanguard Long Term Tax Exempt | C | | K | T | Sold | 4/13 | J | | unknown |
| 35 *=DIVIDENDS REINVESTED IN ADDITIONAL STOCK | | | | | | | | | |
| 36 | | | | | | | | | |
| 37 | | | | | | | | | |
| 38 | | | | | | | | | |
| 39 | | | | | | | | | |
| 40 | | | | | | | | | |
| 41 | | | | | | | | | |
| 42 | | | | | | | | | |
| 43 | | | | | | | | | |
| 44 | | | | | | | | | |
| 45 | | | | | | | | | |
| 46 | | | | | | | | | |
| 47 | | | | | | | | | |
| 48 | | | | | | | | | |
| 49 | | | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date _April 29, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
 United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544